B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re    The Encore Group, Inc. _____,    Case No. ___11-22473_____

                                                  Debtor

                                                          Chapter _____7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 10 | 120,000.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 34,978,786.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 0.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| | Total Assets | | 120,000.00 | | |
| | | Total Liabilities | | 34,978,786.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### District of New Jersey

In re    The Encore Group, Inc. _____,    Case No. ____11-22473_____

Debtor

Chapter _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re __The Encore Group, Inc._____,    Case No. ___11-22473_____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Sub-Total > | 0.00 | (Total of this page) |
|  |  | Total > | 0.00 |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    The Encore Group, Inc.                                                    ,    Case No.    11-22473
                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Executive office security deposit held by Encore Partners LLC, P.O. Box 500747, San Diego, CA 92150-0747 | - | 120,000.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

| | |
|---|---|
| Sub-Total > | 120,000.00 |
| (Total of this page) | |

   2   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    The Encore Group, Inc.                                    ,    Case No.    11-22473
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        0.00
(Total of this page)

Sheet    1    of    2    continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    The Encore Group, Inc. _____ ,    Case No. ____11-22473_____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | See Attached Schedule B22.1 | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 120,000.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

# SCHEDULE 22.1

**The Encore Group, Inc.**

**Case #11-22473**

Schedule B22.1 - Registered Trademarks

| CLIENT NO. | MARK/CLASS | COUNTRY | REG. NO. DATED | STATUS NEXT DUE DATES | OWNER |
|---|---|---|---|---|---|
| ENGR 1056650-T05 | XPRES (Stylized)<br>Class 1 for Imaging Powder Used for an Electrostatic Photocopier; Class 9 for Electrostatic Photocopiers Used to Reproduce Images onto Chemically Treated Paper for Ultimate Transfer to Fabrics, Metals, and Other Like Materials<br><br>**XPRES** | USA | 1,216,290 16-Nov-82 | REGISTERED – RENEWED Owner: The Encore Group, Inc.<br><br><br>Renewal Due November 16, 2012 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T06 | UNITEDESIGN & Design<br>Class 19 for statuary figurines made primarily of concrete<br>UNITEDESIGN | USA | 1,497,752 26-Jul-88 | REGISTERED - RENEWED Owner: The Encore Group, Inc. Renewal due July 26, 2018 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T07 | STONE CRITTERS<br>Class 21 for figurines composed of a gypsum-based substance | USA | 1,530,910 21-Mar-89 | REGISTERED - Renewed Owner: The Encore Group, Inc. Renewal Due March 21, 2019 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T08 | ITTY BITTY CRITTERS<br>Class 20 for figurines composed of a castable substance; namely, unsaturated polyester resin with a calcium carbonate filler | USA | 1,721,986 6-Oct-92 | REGISTERED – RENEWED Owner: The Encore Group, Inc.<br><br>Renewal Due October 6, 2012 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T09 | JW STANNARD (Stylized)<br>Class 15 for musical instruments; namely, chimes<br>JWStannard | USA | 1,748,392 26-Jan-93 | REGISTERED – RENEWED Owner: The Encore Group, Inc. Renewal due January 26, 2013 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T10 | STONE GARDEN<br>Class 19 for ornamental figurines composed of a cement-based substance | USA | 1,902,734 4-Jul-95 | REGISTERED – RENEWED Owner: The Encore Group, Inc<br><br>Renewal due July 4, 2015 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T11 | ANIMAL CLASSICS<br>Class 20 for figurines composed of a resin-based castable substance; and Class 21 for figurines composed of a gypsum-based castable substance | USA | 1,927,509 17-Oct-95 | REGISTERED – RENEWED Owner: The Encore Group, Inc.<br><br><br>Renewal due October 17, 2015 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T12 | FANCY FRAMES<br>Class 20 for ornamental figurine type picture frames composed of a castable substance, namely a resin-based substance | USA | 1,971,518 30-Apr-96 | REGISTERED – RENEWED Owner:  The Encore Group, Inc.<br><br>Renewal due April 30, 2016 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T13 | STONE GARDEN<br>Class 20 for figurines composed of a castable substance, namely a resin-based substance | USA | 1,993,370 13-Aug-96 | REGISTERED – RENEWED Owner: The Encore Group, Inc.<br><br>Renewal Due August 13, 2016 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T14 | LIVING STONE<br>Class 19 for miniature carved statuary made of hydrostone (a combination of cement and gypsum) | USA | 2,050,275 8-Apr-97 | REGISTERED – RENEWED Owner: The Encore Group, Inc.<br><br>Renewal Due April 8, 2017 | THE ENCORE GROUP, INC. |

The Encore Group, Inc.

Case #11-22473

**Schedule B22.1 - Registered Trademarks**

| CLIENT NO. | MARK/CLASS | COUNTRY | REG. NO. DATED | STATUS NEXT DUE DATES | OWNER |
|---|---|---|---|---|---|
| ENGR 1056650-T15 | THE MUG FACTORY & Design<br>Class 35 for wholesale distributorship services in the field of printed mugs<br> | USA | 2,130,734<br>20-Jan-98 | REGISTERED – RENEWED<br>Owner: The Encore Group, Inc.<br><br>Renewal Due January 20, 2018 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T17 | UNITED DESIGN<br>Class 21 deleted<br>Class 20 for figurines composed of a castable, resin-based substance; | USA | 2,292,226<br>16-Nov-99 | REGISTERED – RENEWED<br>Owner: The Encore Group, Inc.<br>Renewal Due November 16, 2019 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T18 | CLASSIC CRITTERS<br>Class 20 for figurines composed of a resin-based substance | USA | 2,310,895<br>25-Jan-00 | REGISTERED – RENEWED<br>Owner: The Encore Group, Inc.<br>Renewal due January 25, 2020 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T19 | SNOW BUDDIES<br>Class 20 for Novelty figurines made of plastic resin | USA | 2,323,833<br>29-Feb-00 | REGISTERED – RENEWED<br>Owner: The Encore Group, Inc.<br>Renewal due February 29, 2020 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T20 | FIGI GRAPHICS & Design<br>Class 20 for decorative ornaments, namely, figurines and sculptures of bone, ivory, plaster, plastic, wax and wood; furniture mirrors; and picture frames<br> | USA | 2,508,330<br>20-Nov-01 | REGISTERED<br>Owner: The Encore Group, Inc.<br><br><br>Renewal Due November 20, 2011 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T21 | FIGI & Design<br>Class 20 for decorative ornaments, namely, figurines and sculptures of bone, ivory, plaster, plastic, wax and wood; plaques; furniture mirrors and picture frames<br> | USA | 2,508,331<br>20-Nov-01 | REGISTERED<br>Owner: The Encore Group, Inc.<br><br><br>Renewal Due November 20, 2011 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T22 | CAMEO GIRLS<br>Class 20 for figurines composed of a castable substance, namely, a resin-based substance | USA | 2,519,472<br>18-Dec-01 | REGISTERED<br>Owner: The Encore Group, Inc.<br><br>Renewal Due December 18, 2011 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T23 | FIGI GRAPHICS<br>Class 20 for decorative ornaments, namely, figurines and sculptures of bone, ivory, plaster, plastic, wax and wood; plaques; furniture mirrors; and picture frames | USA | 2,566,371<br>7-May-02 | REGISTERED<br>Owner: The Encore Group, Inc.<br><br>Renewal Due May 7, 2012 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T24 | BOO BUDDIES<br>Class 20 for Novelty Figurines made of polyurethane resin | USA | 2,588,871<br>2-Jul-02 | REGISTERED<br>Owner: The Encore Group, Inc.<br>Renewal Due July 2, 2012 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T25 | MAYOR BLUSTERY<br>Class 20 for Novelty figurines made of plastic resin; Class 21 for Decorative ceramic, porcelain, glass and stained glass figures, figurines, mugs, coasters, and dishes | USA | 2,593,000<br>9-Jul-02 | REGISTERED<br>Owner: The Encore Group, Inc.<br><br><br>Renewal Due July 9, 2012 | THE ENCORE GROUP, INC. |

The Encore Group, Inc.

Case #11-22473

Schedule B22.1 - Registered Trademarks

| CLIENT NO. | MARK/CLASS | COUNTRY | REG. NO. DATED | STATUS NEXT DUE DATES | OWNER |
|---|---|---|---|---|---|
| ENGR 1056650-T26 | SNOWBERRY CUTIES<br>Class 20 for Novelty figurines made of plastic resin | USA | 2,667,334<br>24-Dec-02 | REGISTERED<br>Owner: The Encore Group, Inc.<br>Renewal Due December 24, 2012 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T27 | FIGI<br>Class 9 for decorative electric switch plates and decorative magnets; Class 14 for clocks; Class 16 for bookends; Class 20 for Ornaments of sculptures of bone, ivory, plaster, plastic, wax and wood; plaques; mirrors; picture frames; and Class 21 for<br>sculptures of china, crystal, earthenware, glass, porcelain and terra cotta; containers for household use not of precious metal; candle holders not of precious metal; windchimes | USA | 2,675,766<br>21-Jan-03 | REGISTERED<br>Owner: The Encore Group, Inc.<br><br><br>Renewal Due January 21, 2013 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T29 | MUG SHOTS<br>Class 21 for Mugs and porcelain figurines | USA | 2,735,551<br>8-Jul-03 | REGISTERED<br>Owner: The Encore Group, Inc.<br>Renewal due July 8, 2013 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T30 | LIVING PLAYFUL<br>Class 28 for Plush and stuffed toys | USA | 2,745,180<br>29-Jul-03 | REGISTERED<br>Owner: The Encore Group, Inc.<br>Renewal due July 29, 2013 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T34 | THE ENCORE GROUP<br>Class 20 for Novelty figurines made of plastic resin; Class 21 for Decorative ceramic, polymer, porcelain, glass and stained glass figures, figurines, mugs, coasters, dishes and panels; Class 28 for plush and stuffed toys; and Class 35 for wholesale distr | USA | 2,870,640<br>3-Aug-04 | REGISTERED<br>Owner: The Encore Group, Inc.<br><br><br>Renewal Due August 3, 2014 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T35 | SNOW BUDDIES<br>Class 16 for Greeting cards and gift wrapping paper; and Class 28 for Plush and stuffed toys | USA | 2,898,579<br>2-Nov-04 | REGISTERED<br>Owner:  The Encore Group, Inc.<br>Renewal Due November 2, 2014 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T36 | SNOW BUDDIES SNOWVILLE<br>Class 20 for Novelty figurines made of plastic resin | USA | 2,899,277<br>2-Nov-04 | REGISTERED<br>Owner: The Encore Group, Inc.<br>Renewal Due November 2, 2014 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T37 | CHRIS MINTS<br>Class 20 for Novelty figurines made of pliable plastic resin; novelty figurines made of non-pliable plastic resin; Class 21 for Decorative ceramic figures, figurines, mugs, coasters and dishes; Class 28 for<br>Plush dolls; plush Christmas tree ornaments; resin Christmas tree ornaments | USA | 2,919,880<br>18-Jan-05 | REGISTERED<br>Owner: The Encore Group, Inc.<br><br><br>8 & 15 Affidavit filed 1/18/2011 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T38 | GINGER FRIENDS<br>Class 28 for Christmas ornaments made of dough clay | USA | 2,921,437<br>25-Jan-05 | REGISTERED<br>Owner: The Encore Group, Inc.<br>Renewal Due January 25, 2015 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T39 | SNOW BUDDIES<br>Class 21 for Decorative ceramic, porcelain, glass and stained glass figures, figurines, mugs, coasters | USA | 2,927,151<br>22-Feb-05 | REGISTERED<br>Owner: The Encore Group, Inc.<br><br>Renewal due February 22, 2015 | THE ENCORE GROUP, INC. |

The Encore Group, Inc.

Case #11-22473

Schedule B22.1 - Registered Trademarks

| CLIENT NO. | MARK/CLASS | COUNTRY | REG. NO. DATED | STATUS NEXT DUE DATES | OWNER |
|---|---|---|---|---|---|
| ENGR 1056650-T40 | ENCORE & Design<br>Class 20 for Novelty figurines made of plastic resin; Class 21 for Decorative ceramic, porcelain, glass and stained glass figures, figurines, mugs, coasters and dishes; Class 28 for Plush and stuffed toys<br><br>ENCORE | USA | 2,978,305<br>26-Jul-05 | REGISTERED<br>Owner: The Encore Group, Inc.<br><br><br>8 & 15 Affidavit Due July 26, 2011 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T41 | MICHEL & COMPANY<br>Class 9 for switch plates; Class 11 for electric night lights; Class 14 for clocks; Class 20 for photo frames; soft sculpture wall hangings; Class 21 for mugs; glass and ceramic candle holders; non-precious metal candle holders and ceramic banks; Class 27 | USA | 3,103,120<br>13-Jun-06 | REGISTERED<br>Owner: The Encore Group, Inc.<br><br><br>8 & 15 Affidavit Due June 13, 2012 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T42 | FIGI PRESENTABLES THE GIFT THAT GIVES A GIFT!  Logo<br>Class 28 for plush three dimensional figurines used to hold gift cards<br>Present | USA | 3,107,499<br>20-Jun-06 | REGISTERED<br>Owner: The Encore Group, Inc.<br>8 & 15 Affidavit Due June 20, 2012 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T43 | GRUMPIES THE MAGIC STONE THAT ABSORBS GRUMPINESS!<br>Class 20 for Novelty figurines made of plastic resin<br>GRUMPIES | USA | 3,136,620<br>29-Aug-06 | REGISTERED<br>Owner: The Encore Group, Inc.<br>8 & 15 Affidavit Due August 29, 2012 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T44 | THE SCRAP PACK<br>Class 21 for Decorative ceramic, porcelain, glass and stained glass figures, figurines, mugs, coasters and dishes | USA | 3,136,667<br>29-Aug-06 | REGISTERED<br>Owner: The Encore Group, Inc.<br><br>8 & 15 Affidavit Due August 29, 2012 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T45 | GRUMPIES & Design<br>Class 20 for Novelty figurines made of plastic resin<br>GRUMPIES | USA | 3,146,357<br>19-Sep-06 | REGISTERED<br>Owner: The Encore Group, Inc.<br>8 & 15 Affidavit Due Sept. 19, 2012 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T46 | FAMILY MATTERS<br>Class 6 for Metal yard and garden stakes; sculptures made of non-precious metal; non-luminous and non-mechanical metal signs; metal house numbers; and figurines of common metal | USA | 3,183,803<br>12-Dec-06 | REGISTERED<br>Owner: The Encore Group, Inc.<br><br><br>8 & 15 Affidavit Due Dec. 12, 2012 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T47 | THE FISH NETWORK<br>Class 20 for Decorative wood case for displaying an aquarium | USA | 3,200,749<br>23-Jan-07 | REGISTERED<br>Owner: The Encore Group, Inc.<br>8 & 15 Affidavit Due January 23, 2013 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T48 | ANIMAL MAGNETISM<br>Class 9 for Decorative magnets | USA | 3,205,620<br>6-Feb-07 | REGISTERED<br>Owner: The Encore Group, Inc.<br>8 & 15 Affidavit Due Feb. 6, 2013 | THE ENCORE GROUP, INC. |

The Encore Group, Inc.

Case #11-22473

Schedule B22.1 - Registered Trademarks

| CLIENT NO. | MARK/CLASS | COUNTRY | REG. NO. DATED | STATUS NEXT DUE DATES | OWNER |
|---|---|---|---|---|---|
| ENGR 1056650-T49 | BAND-TASTIC<br>Class 14 for bracelets | USA | 3,252,307<br>12-Jun-07 | REGISTERED<br>Owner: The Encore Group, Inc.<br>8 & 15 Affidavit Due June 12, 2013 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T50 | framelology (Stylized)<br>Class 20 for Picture frames<br>frǎme-ology | USA | 3,264,140<br>17-Jul-07 | REGISTERED<br>Owner: The Encore Group, Inc.<br>8 & 15 Affidavit Due July 17, 2013 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T51 | FRAME-OLOGY<br>Class 20 for Picture frames | USA | 3,267,289<br>24-Jul-07 | REGISTERED<br>Owner: The Encore Group, Inc.<br>8 & 15 Affidavit Due July 24, 2013 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T52 | SISTERS IN CHRIST<br>Class 20 for Shadowboxes; resin prayer boxes, desk and wall crosses, and picture frames not of precious metal | USA | 3,320,128<br>23-Oct-07 | REGISTERED<br>Owner: The Encore Group, Inc.<br><br>8 & 15 Affidavit Due Oct. 23, 2013 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T53 | FRAME-OLOGYXPRES<br>Class 20 for Picture frames<br>FRǍME-OLOGYXPRES | USA | 3,499,513<br>9-Sep-08 | REGISTERED<br>Owner:  The Encore Group, Inc.<br>8 & 15 Affidavit Due Sept. 9, 2014 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T54 | PHOTO PIC<br>Class 20 for Picture frames with detachable non-metal stakes | USA | 3,499,540<br>9-Sep-08 | REGISTERED<br>Owner: The Encore Group, Inc.<br>8 & 15 Affidavit Due Sept. 9, 2014 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T55 | THE LEGEND OF SANTA CLAUS<br>Class 20 for Cold cast resin figurines; figurines of poly-resin | USA | 3,531,791<br>11-Nov-08 | REGISTERED<br>Owner: The Encore Group, Inc.<br>8 & 15 Affidavit Due Nov. 11, 2014 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T56 | THE LEGEND OF SANTA CLAUS & Design<br>Class 20 for Cold cast resin figurines; figurines of poly-resin<br>THE LEGEND OF<br>Santa Claus | USA | 3,531,792<br>11-Nov-08 | REGISTERED<br>Owner: The Encore Group, Inc.<br>8 & 15 Affidavit Due Nov. 11, 2014 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T02 | KENNEL CLUB<br>Class 6 for Non-precious metal key chains | USA | 3,594,779<br>24-Mar-09 | REGISTERED<br>Owner: The Encore Group, Inc.<br>8 & 15 Affidavit due March 24, 2015 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T03 | KENNEL CLUB<br>Class 20 for Picture frames | USA | 3,594,780<br>24-Mar-09 | REGISTERED<br>Owner: The Encore Group, Inc.<br>8 & 15 Affidavit due March 24, 2015 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T01 | KENNEL CLUB<br>Class 20 for Figurines made of resin | USA | 3,685,153<br>22-Sep-09 | REGISTERED<br>Owner: The Encore Group, Inc.<br>8 & 15 Affidavit September 22, 2015 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T58 | YOMIKO CLASSICS<br>Class 28 for plush toys | USA | 3,824,310<br>27-Jul-10 | REGISTERED<br>Owner: The Encore Group, Inc.<br>8 & 15 Affidavit July 27, 2016 | THE ENCORE GROUP, INC. |

The Encore Group, Inc.

Case #11-22473

**Schedule B22.1 - Registered Trademarks**

| CLIENT NO. | MARK/CLASS | COUNTRY | REG. NO. DATED | STATUS NEXT DUE DATES | OWNER |
|---|---|---|---|---|---|
| ENGR 1056650-TF01 | FIGI<br>(1) Bookends: ornaments and sculptures of bone, ivory, plaster, plastic, wax and wood, plaques, mirrors, picture frames, stuffed animals, decorative switch plates and magnets: sculptures of china, crystal, earthenware, glass, porcelain and terra cotta. ho<br>(2) Bookends: ornaments and sculptures of bone, ivory, plaster, plastic, wax and wood, plaques, mirrors, picture frames, stuffed animals, decorative switch plates and decorative magnets: sculptures of china, crystal, earthenware, glass, porcelain and terr<br>SERVICES:<br>(1) Wholesale services featuring the sale of ornamental and decorative articles.<br><br>(2) Wholesale services, namely wholesale store services, and wholesale distributorships, featuring housewares and gift items, namely ornamental and decorative articles | CANADA | 620910<br>29-Sep-04 | REGISTERED<br>Owner:  The Encore Group, Inc.<br><br><br>Renewal Due September 29, 2019 | THE ENCORE GROUP, INC. |
| ENGR 1056650-T04 | KENNEL CLUB – ITU<br>Class 16 for bookmarks;<br>Class 21 for ceramic mugs; coasters made of neoprene, metal, and sandstone; and ornaments made of resin, and<br>Class 24 for flags made of polyester | USA | 77/555,825<br>26-Aug-08 | **PENDING**<br>Owner:  The Encore Group, Inc.<br>Notice of Allowance 11/2/2010<br><br>5/2/2011 SofU or EofT due | THE ENCORE GROUP, INC. |
| ENGR 1057012-F88 | framelology<br><br>Class 20                          frame·ology | UNITED KINGDOM | 2156521<br><br>10-Jul-98 | REGISTERED<br><br>Owner:  United Design Limited<br>Renewal Due January 27, 2018 | UNITED DESIGN LIMITED OWNED BY ENCORE GROUP |

B6D (Official Form 6D) (12/07)

In re  The Encore Group, Inc. _____,   Case No. ___11-22473_____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No.<br><br>Eldrige Hanes<br>2750 Spicewood Drive<br>Winston Salem, NC 27106 | X | - | | | Junior Secured Shareholder Loan Secured by all present and future assets of the Debtor and all products and proceeds thereof. | | | | | |
| | | | | | Value $                0.00 | | | | 525,000.00 | 525,000.00 |
| Account No.<br><br>Russ Berrie and Company, Inc.<br>dba Kid Brands, Inc.<br>One Meadowlands Plaza, 8th Floor<br>East Rutherford, NJ 07073 | X | - | | | Junior Secured Shareholder Loan Secured by all present and future assets of the Debtor and all productsand proceeds thereof. | | | | | |
| | | | | | Value $                0.00 | | | | 21,304,986.00 | 21,304,986.00 |
| Account No.<br><br>Wells Fargo Bank, National Association<br>300 Commercial St.<br>Boston, MA 02109 | X | - | | | Senior Secured Revolving Line of Credit & Security Agreement dated 12/23/2008. Secured by all present and future assets of the Debtor. | | | | | |
| | | | | | Value $                0.00 | | | | 13,148,800.00 | 13,148,800.00 |
| Account No.<br><br><br><br> | | | | | | | | | | |
| | | | | | Value $ | | | | | |

  _0_  continuation sheets attached

| | Subtotal<br>(Total of this page) | 34,978,786.00 | 34,978,786.00 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 34,978,786.00 | 34,978,786.00 |

B6E (Official Form 6E) (4/10)

In re        The Encore Group, Inc.                                                   Case No.        11-22473
                                                                          ,
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*  Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                                    0        continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   The Encore Group, Inc.                      ,     Case No.   11-22473

                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Worker's Compensation Claimant | | | | |
| Crone, Tammy on behalf of Charles Crone<br>Route 2 Box 162<br>Purcell, OK 73080 | - | | | | X | | 0.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

  0   continuation sheets attached

| | Subtotal<br>(Total of this page) | 0.00 |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 0.00 |

B6G (Official Form 6G) (12/07)

.

In re    The Encore Group, Inc. _____,    Case No. ___11-22473_____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Apprise Software, Inc. 3101 Emrick Blvd. #301 Bethlehem, PA 18020-8037 | Software Agreeement |
| De Lage Landen Financial Services P.O. Box 41602 Philadelphia, PA 19101-1602 | Forklift Equipment Lease |
| Eldridge C. Hanes P.O. Box 125 Pfafftown, NC 27040 | Employment Agreement |
| Encore Partners LLC P.O. Box 500747 San Diego, CA 92150-0747 | Non-Residential Real Estate Lease of property located at 11413 West Bernardo Court, San Diego, CA |
| Richard Snow P.O. Box 500747 San Diego, CA 92150-0747 | Employment Agreement |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re     The Encore Group, Inc.                             ,    Case No.      11-22473

                                Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Russ Berrie and Company Investments, Inc<br>1800 Valley Road<br>Wayne, NJ 07470 | Wells Fargo Bank, National Association<br>300 Commercial St.<br>Boston, MA 02109 |
| Russ Berrie and Company Investments, Inc<br>1800 Valley Road<br>Wayne, NJ 07470 | Eldrige Hanes<br>2750 Spicewood Drive<br>Winston Salem, NC 27106 |
| Russ Berrie and Company Investments, Inc<br>1800 Valley Road<br>Wayne, NJ 07470 | Russ Berrie and Company, Inc.<br>dba Kid Brands, Inc.<br>One Meadowlands Plaza, 8th Floor<br>East Rutherford, NJ 07073 |
| Russ Berrie and Company Properties, Inc.<br>1800 Valley Road<br>Wayne, NJ 07470 | Wells Fargo Bank, National Association<br>300 Commercial St.<br>Boston, MA 02109 |
| Russ Berrie and Company Properties, Inc.<br>1800 Valley Road<br>Wayne, NJ 07470 | Eldrige Hanes<br>2750 Spicewood Drive<br>Winston Salem, NC 27106 |
| Russ Berrie and Company Properties, Inc.<br>1800 Valley Road<br>Wayne, NJ 07470 | Russ Berrie and Company, Inc.<br>dba Kid Brands, Inc.<br>One Meadowlands Plaza, 8th Floor<br>East Rutherford, NJ 07073 |
| Russ Berrie US Gift, Inc.<br>1800 Valley Road<br>Wayne, NJ 07470 | Wells Fargo Bank, National Association<br>300 Commercial St.<br>Boston, MA 02109 |
| Russ Berrie US Gift, Inc.<br>1800 Valley Road<br>Wayne, NJ 07470 | Eldrige Hanes<br>2750 Spicewood Drive<br>Winston Salem, NC 27106 |
| Russ Berrie US Gift, Inc.<br>1800 Valley Road<br>Wayne, NJ 07470 | Russ Berrie and Company, Inc.<br>dba Kid Brands, Inc.<br>One Meadowlands Plaza, 8th Floor<br>East Rutherford, NJ 07073 |
| RussPlus, Inc.<br>1800 Valley Road<br>Wayne, NJ 07470 | Wells Fargo Bank, National Association<br>300 Commercial St.<br>Boston, MA 02109 |
| RussPlus, Inc.<br>1800 Valley Road<br>Wayne, NJ 07470 | Eldrige Hanes<br>2750 Spicewood Drive<br>Winston Salem, NC 27106 |

1

_____ continuation sheets attached to Schedule of Codebtors

In re    The Encore Group, Inc.                                              ,    Case No.    11-22473
                                        Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| RussPlus, Inc.<br>1800 Valley Road<br>Wayne, NJ 07470 | Russ Berrie and Company, Inc.<br>dba Kid Brands, Inc.<br>One Meadowlands Plaza, 8th Floor<br>East Rutherford, NJ 07073 |
| The Russ Companies, Inc.<br>1800 Valley Road<br>Wayne, NJ 07470 | Wells Fargo Bank, National Association<br>300 Commercial St.<br>Boston, MA 02109 |
| The Russ Companies, Inc.<br>1800 Valley Road<br>Wayne, NJ 07470 | Eldrige Hanes<br>2750 Spicewood Drive<br>Winston Salem, NC 27106 |
| The Russ Companies, Inc.<br>1800 Valley Road<br>Wayne, NJ 07470 | Russ Berrie and Company, Inc.<br>dba Kid Brands, Inc.<br>One Meadowlands Plaza, 8th Floor<br>East Rutherford, NJ 07073 |

Sheet    1    of    1    continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re    The Encore Group, Inc.                                              Case No.    11-22473
                                          Debtor(s)                        Chapter    7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Secretary/Treasurer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___19___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   May 19, 2011                                     Signature    /s/ Eric R. Lohwasser
                                                                     Eric R. Lohwasser
                                                                     Secretary/Treasurer

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of New Jersey

In re    The Encore Group, Inc.                          Case No.    11-22473

                                Debtor(s)                Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $7,626,854.00 | Business Income- January 1, 2009 through December 31, 2009 |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                       SOURCE

2

### 3. Payments to creditors

None
■

**Complete a. or b., as appropriate, and c.**

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Summers v. Encore Group, Inc., Case No. 37-2008-00075432-CU-BC-CTL | Legal Fee determination | Superior Court of the State of California, County of San Diego | Trading objections to judgment language |
| U.S. Customs - GSP, Case No. 461-09-OFO-AU22026 | Qualification of products for duty-free entry | Office of International Trade Office of Regulatory Audit 2001 Cross Beam Drive Charlotte, NC  28217-2856 | On appeal |
| Tammy Crone on behalf of Charles Crone, Claim No. UDC 0013 | Worker's Compensation Claim - Death Benefits | Jene Huckabay Executive Director of Worker's Compensation Mutual Assurance Administrators, Inc. 3121 Quail Springs Parkway Oklahoma City, OK 73131 | Paying Quarterly |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ■ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10.  Other transfers**

None
■    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

5

### 15.  Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| Warehouse located at 2550 Empire Drive, Winston-Salem, NC 27103 | The Encore Group, Inc. | Closed June, 2009 |
| Strategic Support Office located at 111 Cloverleaf Drive, Winston-Salem, NC 27103 | The Encore Group, Inc. | Closed March, 2011 |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐

   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| United Design Canada Ltd. | 552857 | c/o Cummings Cooper Schusherin & Berliner 4100 Yonge St., Suite 408 Toronto, Ontario  M2P 2B5 Canada | Subsidisary-Canada | December 20, 1983 |

None
■

   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                               ADDRESS

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| Eric Lohwasser - Chief Financial Officer 1800 Valley Road Wayne, NJ 07470 | 2009 - Current |
| Robert Droste - VP, Finance 1800 Valley Road Wayne, NJ 07470 | 2009 - Current |
| Andrea Reynolds - Accounting Manager 1800 Valley Road Wayne, NJ 07470 | 2009 - Current |
| Karen Leven - Staff Accountant 1800 Valley Road Wayne, NJ 07470 | 2009 - Current |

7

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| BDO Siedman LLP | 4250 Executive Square, Suite 600<br>La Jolla, CA 92037 | 2009 - Current |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Eric Lohwasser - Chief Financial Officer | 1800 Valley Road<br>Wayne, NJ 07470 |
| Robert Droste - VP, Finance | 1800 Valley Road<br>Wayne, NJ 07470 |
| Andrea Reynolds - Accounting Manager | 1800 Valley Road<br>Wayne, NJ 07470 |
| Karen Levin - Staff Accountant | 1800 Valley Road<br>Wayne, NJ 07470 |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Richard D. Snow<br>P.O. Box 500747<br>San Diego, CA 92150-0747 | CEO/President/Director | |
| Eldridge C. Hanes<br>P.O. Box 125<br>Pfafftown, NC 27040 | Director | |

8

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Eric R. Lohwasser<br>1800 Valley Road<br>Wayne, NJ 07470 | Secretary/Treasurer | |
| Russ Berrie U.S. Gift, Inc.<br>1800 Valley Road<br>Wayne, NJ 07470 | Shareholder | 100% Stock Ownership |

---

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ☐   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| The Russ Companies, Inc. | 26-2929540 |

---

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __May 19, 2011_____          Signature   __/s/ Eric R. Lohwasser_____
                                                              Eric R. Lohwasser
                                                              Secretary/Treasurer

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*